UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven A. Sather, and,
Kathleen M. Sather,

Plaintiffs,

Civil File No.01-CV-1370 (MJD/JGL)

vs.

**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**

Steven J. Weintraut, and
Siegel, Brill, Greupner, Duffy & Foster, P.A.,
a Minnesota corporation,

Defendants.

**WHEREAS,** Plaintiffs served Defendants with a Summons and Complaint in this case on or about August 10, 2001; and

**WHEREAS,** Defendants' responsive pleading is due under the Federal Rules of Civil Procedure on or about August 30, 2001; and

**WHEREAS,** Defendants above-named have requested, and Plaintiffs have agreed to an extension of time within which Defendants may respond by motion or answer to Plaintiffs' Complaint to allow the parties to informally consider this matter and explore settlement.

**NOW THEREFORE,** it is hereby stipulated and agreed by all parties that Defendants above-named shall have until September 14, 2001, by which to move, answer, or otherwise respond to Plaintiffs' Complaint, subject to approval of the District Court.

FILED SEP 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

DATED: August 30, 2001

Eric L. Crandall, Esq.
Attorney for Plaintiffs
275 South Third Street
Suite 101
Stillwater, MN 55082
(651) 430-8187
Minn. Atty. Lic. No. 189492

DATED: September 7, 2001

Thomas E. Propson, Esq.
Meagher & Geer, P.L.L.P.
Attorney for Defendants
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661
Minn. Atty. Lic. No. 231047

**IT IS SO ORDERED**

In accordance with the foregoing Stipulation, Defendants shall have until September 14, 2001, by which to move or answer in response to Plaintiffs' Complaint.

**BY THE COURT:**

DATED: Sept. 13, 2001

Jonathan Lebedoff
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500