UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Steven A. Sather and Kathleen Sather,

Plaintiffs,

v.

Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,

Defendants.

Court File No.: 01-CV-1370 (MJD/JGL)

STIPULATION TO AMEND SCHEDULING ORDER

**WHEREAS**, the Court's December 28, 2001, scheduling order, established the following deadlines:

| | |
|---|---|
| Discovery deadline | August 1, 2002; |
| Non-dispositive Motion deadline | September 1, 2002; |
| Dispositive Motion deadline | December 1, 2002; |
| Trial Ready | December 1, 2002. |

**WHEREAS**, the parties have agreed to extend the discovery deadline by sixty-four (64) days and extend the non-dispositive motion deadline by sixty-one (61) days.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and among the parties through their respective counsel that the scheduling order should be modified to extend the discovery deadline by 64 days and the non-dispositive motion deadline by 61 days.

FILED 7-23-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: July 23, 2002

ERIC L. CRANDELL (#189492)
275 South Third Street, Suite 101
Stillwater, Minnesota 55082
(651) 430-8187

*Attorney for the Plaintiffs.*

Dated: July 23, 2002

THOMAS E. PROPSON (#231046)
CLINT S. BOGDEN (#290154)
*MEAGHER & GEER, P.L.L.P.*
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-0661

*Attorneys for Defendants.*

## ORDER

Pursuant to the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED:**

That the Amended Scheduling Order dated December 28, 2001 is hereby amended as follows:

1. Discovery deadline is extended to October 4, 2002;

2. Non-dispositive motion deadline is extended to November 1, 2002.

**BY THE COURT:**

Dated: 7-24-2002

Honorable Jonathan Lebedoff
United Stated Magistrate Judge

/978593