2

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Steven A. Sather and Kathleen Sather,

Plaintiffs,

v.

Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,

Defendants.

Court File No.: 01-CV-1370 (JEL/JGL)

**(SECOND) STIPULATION TO AMEND SCHEDULING ORDER**

**WHEREAS**, the Court's December 28, 2001, scheduling order, established the following deadlines:

| | |
|---|---|
| Dispositive Motion Deadline | December 1, 2002; |
| Trial Ready | December 1, 2002. |

**WHEREAS,** the parties have agreed to extend the dispositive motion deadline and trial ready deadline by thirty-six (36) days.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and among the parties through their respective counsel that the scheduling order should be modified to extend the dispositive motion deadline and trial ready date by thirty-six (36) days.

ERIC L. CRANDELL (#189492)
275 South Third Street, Suite 101
Stillwater, Minnesota 55082
(651) 430-8187

*Attorney for the Plaintiffs*
Dated: 11-21-02

THOMAS E. PROPSON (#231046)
*MEAGHER & GEER, P.L.L.P.*
33 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
(612) 338-0661
*Attorneys for Defendants*
Dated: 11/21/02

NOV 2 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# ORDER

Pursuant to the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED:**

That the Amended Scheduling Order dated December 28, 2001 is hereby amended as follows:

1. Dispositive motion deadline is extended to January 6, 2003

2. Trial ready date is extended to January 6, 2003.

**BY THE COURT:**

Dated: Nov. 22, 2002

Honorable Jonathan Lebedoff
United Stated Magistrate Judge

1002270.1