UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Steven Sather and Kathleen Sather,<br><br>Plaintiffs,<br><br>v.<br><br>Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,<br><br>Defendants. | **NOTICE OF APPEARANCE**<br><br>**Case No.: 01-1370 (JNE/JGL)** |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notices the Court and counsel that Jamie L. Sather shall appear as co-counsel of record for Defendants Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., in this case.

Date: May 10, 2005

s/Jamie L. Sather

Jamie L. Sather (#323391)
**MEAGHER & GEER, P.L.L.P.**
33 South Sixth Street
Suite 4200
Minneapolis, MN 55402
(612) 338-0661

1224854