UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Steven Sather and Kathleen Sather,<br><br>Plaintiffs,<br><br>v.<br><br>Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,<br><br>Defendants. | **CERTIFICATE OF SERVICE**<br><br>**Case No.: 01-1370 (JNE/JGL)** |

I hereby certify that on May 10, 2005, I caused the following document:

Notice of Appearance

To be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Susan K. Fitzke
Thomas J. Lyons
Thomas J. Lyons, Jr.
Thomas E. Propson

Date: May 10, 2005

s/Jamie L. Sather
Jamie L. Sather (#323391)
**MEAGHER & GEER, P.L.L.P.**
33 South Sixth Street
Suite 4200
Minneapolis, MN 55402
(612) 338-0661

1224881