MEAGHER & GEER P.L.L.P.
ATTORNEYS AT LAW

33 SOUTH SIXTH STREET, SUITE 4200
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE: (612) 338-0661
FACSIMILE: (612) 338-8384
www.meagher.com

**DIRECT DIAL: (612) 347-9185**
**E-MAIL: JSATHER@meagher.com**

May 17, 2005

The Honorable Jonathan Lebedoff
Chief U.S. Magistrate Judge
United States District Court
U.S. Courthouse – Suite 9E
300 South Fourth Street
Minneapolis, MN 55415

**Re:** ***Steven A. and Kathleen M. Sather v. Steven J. Weintraut and Siegel, Brill, Greupner, Duffy & Foster, P.A.***
Court File No. 01-CV-1370 (JEL/JGL)
Our File No. 53014-18

Your Honor:

I write at the direction of your judicial clerk regarding the agreement reached by the parties, and approved by the Court, regarding scheduling of the upcoming settlement conference. Both parties have agreed to reschedule the conference to Thursday, June 23, 2005 at 1:30 p.m. In addition, both parties have agreed to allow Mr. Emilio Morales, the claims representative from defendants' insurance carrier, to appear at the settlement conference via telephone.

Thank you for your attention to this matter.

Respectfully submitted,

s/Jamie L. Sather

**JAMIE L. SATHER**

JLS/1227241

cc: Thomas Lyons, Jr.
Steven J. Weintraut