**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Steven A. Sather and Kathleen Sather,

Plaintiffs,

v.

Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,

Defendants.

Court File No.: 01-CV-1370 (JNE/JGL)

**DEFENDANTS' LIST OF ANTICIPATED DEPOSITION TESTIMONY**

---

Pursuant to Local Rule 39.1 and order of the court, Defendants submit the following deposition testimony as testimony that may be read at trial in the event that the witnesses are not present or are otherwise unavailable to testify.

1. **Steven A. Sather -** (taken on July 23, 2002)

Pages: 1, 2, 3, 4, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 (lines1-3, 14-18), 30, 31, 32 (lines 1-16), 33 (lines 14-25), 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91 (lines 1-21), 92 (lines 6-25), 93, 94, 95, 96, 97

2. **Kathleen Sather** – (taken on September 17, 2002)

Pages: 1,2,3,4, 9 (lines 1-9), 12 (lines 14-9), 13 (lines 22-25), 14, 15, 16, 17, 19 (lines 1-15), 21 (lines 9-25), 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33 (lines 22-25), 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54

Defendants respectfully reserve the right to amend, delete, or add to this deposition testimony depending upon the evidence adduced at trial. Defendants also reserve the right to offer at trial any parts of deposition testimony deemed necessary for rebuttal purposes or any deposition testimony identified by the Plaintiffs.

Dated: June 27, 2005

s/Thomas E. Propson

**THOMAS E. PROPSON** (#231046)
**JAMIE L. SATHER** (#323391)
**MEAGHER & GEER, P.L.L.P.**
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 338-0661

***Attorneys for Defendants***

1233015v1