**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Steven A. Sather and Kathleen Sather, Court File No.: 01-CV-1370 (JNE/JGL)

Plaintiffs,

v.

**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,

Defendants.

---

Pursuant to the United States District Court Local Rule 39.1(b)(2)(A), Defendants submit the following proposed voir dire questions:

**PRELIMINARY QUESTIONS FOR EACH MEMBER OF THE JURY PANEL**

1. Name.

2. Age.

3. Address.

4. Occupation. Where are you employed and in what capacity?

5. Marital status.

6. Spouse's occupation.

7. Children's ages and occupations.

8. Educational background.

9. Clubs or organizations to which you belong.

10. Hobbies or non-work activities.

## GENERAL QUESTIONS FOR THE ENTIRE JURY PANEL

1. Do you know or are you related in any way to any of the following:

   a) Steven A. Sather?

   b) Kathleen Sather?

   c) Siegel, Brill, Greupner, Duffy and Foster, P.A, or any of its former or current employees, including but not limited to Steven Weintraut and Robert Rode?

   d) Keith Wanke?

   e) Linda Wanke?

   f) Lawyers in this case or their firms?

   g) Other jurors on the panel?

2. During the course of this trial you may hear testimony from (read Witness Lists). Please raise your hand if you know or are acquainted with any of these people, or if your family has had dealings with them, or if you have heard anything, favorable or unfavorable, about them which might in some way influence your reaction in this case?

3. Have any you or your family members ever been involved in a lawsuit?

   (a) As a party?

   (b) As a witness?

   (c) What type of case was it?

   (d) Were you a plaintiff or a defendant?

   (e) What was the result?

   (f) How did you feel about the court process?

4. Do any of you have previous jury experience? If affirmative

   (a) What type of case?

   (b) Did you enjoy serving on the jury in that case?

   (c) Did you reach a verdict?

(d) The result of the trial?

5. Have you or your immediate family ever sued someone else or been sued? Please give details.

6. Have you, a family member or a close friend ever have any legal training?

7. Do you, a family member or a close friend currently work for a law firm or have in the past?

8. What are your feelings about lawyers?

9. Do you have any bias towards lawyers?

10. Can you be fair to attorneys?

11. Are you likely to treat the Defendants differently because they are lawyers?

12. Does the fact that Siegel, Brill, Greupner, Duffy and Foster, P.A, is a law firm rather than a person, influence you one way or the other in reaching a verdict based upon the facts?

13. Have you or a family member or a close friend ever been a victim of identity theft? Please give details.

14. Do you have any medical or physical condition which may make it difficult for you to see or hear the evidence or sit as a juror in this case?

15. Do you have any knowledge, opinions, or concerns about any part of this case which might influence or affect your ability to render a fair and impartial verdict?

16. Do you have problems at home or work, plans or commitments that would make jury service a hardship?

17. Do you hold any general views on lawsuits, the legal system, or claims for money damages? Please describe.

18. Will each of you be able to keep an open mind and listen to all the evidence before arriving at a verdict?

19. If selected as a juror in this case, you will be required to swear or affirm that you will decide this case solely on the law and evidence presented. Do you feel that you are unable for any reason to render a verdict based solely upon the evidence presented at trial, leaving aside personal opinions and views?

20. If you do not agree, for whatever reason, with the law as I give it to you, do you have any doubt or concern that you will not be able or willing to apply the law as I give it to you?

Respectfully submitted,

Dated: June 27, 2005

__s/Thomas E. Propson________________

**THOMAS E. PROPSON** (#231046)
**JAMIE L. SATHER** (#323391)
**MEAGHER & GEER, P.L.L.P.**
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 338-0661

***Attorneys for Defendants***