UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Steven A. Sather and Kathleen Sather,

Plaintiffs,

v.

Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,

Defendants.

Court File No.: 01-CV-1370 (JNE/JGL)

**LR 7.1(c) WORD COUNT COMPLAINCE CERTIFICATE REGARDING DEFENDANTS' TRIAL BRIEF**

---

I, Jamie L. Sather, certify that Defendants' Trial Brief complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word Version 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 2,175 words.

Dated: June 27, 2005

s/Thomas E. Propson
**THOMAS E. PROPSON** (#231046)
**JAMIE L. SATHER** (#323391)
**MEAGHER & GEER, PLLP**
33 South Sixth Street
Suite 4200
Minneapolis, Minnesota 55402
(612) 338-0661

*Attorneys for the Defendants*

1237748