**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Steven A. Sather and Kathleen Sather,

Plaintiffs,

v.

Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,

Defendants.

Court File No.: 01-CV-1370 (JNE/JGL)

**NOTICE OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PLAINTIFFS' ALLEGED EMOTIONAL DISTRESS, MENTAL ANGUISH, AND THE LIKE**

---

To: Plaintiffs Steven A. Sather and Kathleen Sather and their attorneys, Thomas Lyons, Jr., Esq., Thomas Lyons & Associates, P.A., 342 East County Road D, Little Canada, MN 55117.

**PLEASE TAKE NOTICE** that at the beginning of trial on July 5, 2005, or as soon thereafter as counsel can be heard, Defendants Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A. will appear before the Honorable Joan N. Ericksen, at Courtroom 3, United States Courthouse, 700 Federal Building, 316 North Roberts Street, St. Paul, MN 55101 and move for an Order pursuant to Federal Rules of Evidence 401, 402 and 403, excluding all evidence, testimony and arguments pertaining to Plaintiffs' alleged emotional distress, mental anguish and the like.

Dated: June 27, 2005

s/Thomas E. Propson

**THOMAS E. PROPSON** (#231046)
**JAMIE L. SATHER** (#323391)
**MEAGHER & GEER, PLLP**
33 South Sixth Street
Suite 4200
Minneapolis, Minnesota 55402
(612) 338-0661

*Attorneys for the Defendants*

1235961v1