UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven A. Sather and Kathleen Sather,

Plaintiffs,

v.

Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,

Defendants.

Court File No.: 01-CV-1370 (JNE/JGL)

**LR 7.1(c) WORD COUNT COMPLAINCE CERTIFICATE REGARDING DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PLAINTIFFS' ALLEGED EMOTIONAL DISTRESS, MENTAL ANGUISH AND THE LIKE**

I, Thomas E. Propson, certify that Defendants' Memorandum of Law in Support of Its Motion In Limine to Exclude Evidence of Plaintiffs' Alleged Emotional Distress, Mental Anguish and The Like complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word Version 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 1,146 words.

Dated: June 27, 2005

s/Thomas E. Propson

**THOMAS E. PROPSON** (#231046)
**JAMIE L. SATHER** (#323391)
**MEAGHER & GEER, PLLP**
33 South Sixth Street
Suite 4200
Minneapolis, Minnesota 55402
(612) 338-0661

*Attorneys for the Defendants*

1237742