**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Steven A. Sather and Kathleen Sather, Court File No.: 01-CV-1370 (JNE/JGL)

Plaintiffs,

v.

**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM**

Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,

Defendants.

---

TO: Plaintiffs Steven A. Sather and Kathleen Sather and their attorneys, Thomas Lyons, Jr., Esq., Thomas Lyons & Associates, P.A., 342 East County Road D, Little Canada, MN 55117:

Defendants submit the attached Special Verdict Form to be submitted to the jury at the time of its deliberation and reserves the right to propose additional or alternative special verdicts to modify special verdicts submitted herein.

Dated: June 27, 2005

s/Thomas E. Propson

**THOMAS E. PROPSON** (#231046)
**JAMIE L. SATHER** (#323391)
**MEAGHER & GEER, P.L.L.P.**
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 338-0661

***Attorneys for Defendants***

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Steven A. Sather and Kathleen Sather,

Plaintiffs,

Court File No.: 01-CV-1370 (JNE/JGL)

v.

**SPECIAL VERDICT FORM**

Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,

Defendants.

---

We, the jury in the above-entitled action, find as a special verdict the following facts by way of answers to the following questions submitted to us by the Court:

On the claim of Plaintiffs against Defendants for violation of the Fair Credit Reporting Act, we, the undersigned jurors, find in favor of the:

☐ Plaintiffs or

☐ Defendants.

NOTE: Complete the following paragraph only if the above finding is in favor of the Plaintiffs.

A. Plaintiffs' Claim of Willful Noncompliance

1) We, the undersigned jurors, assess the statutory damages of Plaintiffs at $______________ (fill in amount of statutory damages of not more than $1,000 per Plaintiff for willful noncompliance with the Act).

2) We, the undersigned jurors, assess punitive damages in the amount of $____________________. (Fill in amount if awarded).

| ____________________ | ____________________ | ________________ |
|---|---|---|
| Foreperson | Date | Time |

## 6/7 VERDICT

Concurring Jurors

________________________________ ________________________________

________________________________ ________________________________

________________________________ ________________________________

Date: ________________________________ Time: ___________________________