UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Steven Sather and Kathleen Sather,<br><br>Plaintiffs,<br><br>v.<br><br>Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,<br><br>Defendants. | **CERTIFICATE OF SERVICE**<br><br>**Case No.: 01-1370 (JNE/JGL)** |

I hereby certify that on June 27, 2005, I caused the following documents on behalf of Defendants:

List of Deposition Testimony
Proposed Voir Dire
Trial Brief and Word Count Certificate
Motion in Limine
Notice of Motion in Limine
Memorandum of Law in Support of Motion in Limine and Word Count Certificate
Proposed Jury Instructions
Witness List
Proposed Special Verdict Form

To be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Susan K. Fitzke
Thomas J. Lyons
Thomas J. Lyons, Jr.
Thomas E. Propson

Date: June 27, 2005

s/Thomas E. Propson

Thomas E. Propson, #231046
Jamie L. Sather, #323391
**MEAGHER & GEER, P.L.L.P.**
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
(612) 338-0661

1237931