✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Steven A. Sather and Kathleen Sather

Plaintiffs,

v.

Steven J. Weintraut and
Siegel, Brill,Greupner, Duffy and Foster, P.A.,
a Minnesota corporation

Defendants.

## DEFENDANTS' (AMENDED) WITNESS LIST

Case Number: 01-CV-1370 (JNE/JGL)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Joan N. Ericksen | Thomas Lyons, Jr., Esq. | Thomas E. Propson, Esq. |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| Trial Block starting July 5, 2005 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Steven Weintraut** – Mr. Weintraut will testify regarding all issues at trial. |
| | | | | | **Robert Rode**– Mr. Rode will testify regarding all issues at trial. |
| | | | | | **Steven A. Sather –** Mr. Sather will testify regarding all issues addressed in his deposition and all issues at trial. |
| | | | | | **Kathleen Sather -** Ms. Sather will testify regarding all issues addressed in her deposition and all issues at trial. |
| | | | | | **Charles R. Durenberger** – Mr. Durenburger will testify regarding Defendants withdrawal of their application for recovery against Plaintiffs and regarding Plaintiffs reputation for honesty in the community. |
| | | | | | **Wm. Christopher Penwell** – Mr. Penwell will testify regarding all issues at trial. |
| | | | | | Any and all witnesses identified and/or introduced by other parties in this matter |
| | | | | | Any and all additional witnesses deemed necessary for foundation, impeachment and rebuttal purposes. Some of the witnesses identified may be called for rebuttal purposes only. |
| | | | | | Defendants reserve the right to amend and/or supplement this list and call additional witnesses for purposes of its case in chief and/or rebuttal and cross-examination. |
| | | | | | Defendants reserve the right to introduce additional documents and/or amend and/or modify this exhibit list for purposes of cross examination and rebuttal testimony, up to and through the time of trial. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



Dated: June 27, 2005

s/Thomas E. Propson

**THOMAS E. PROPSON** (#231046)
**JAMIE L. SATHER** (#323391)
**MEAGHER & GEER, P.L.L.P.**
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 338-0661

***Attorneys for Defendants***

1237957