**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-1370 (JNE/JGL)**

| | |
|---|---|
| Steven Sather and Kathleen Sather,<br><br>Plaintiffs,<br><br>v.<br><br>Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,<br><br>Defendants. | **PROPOSED PLAINTIFFS' WITNESS LIST** |

| WITNESSES FOR PLAINTIFFS | KNOWLEDGE |
|---|---|
| Steven J. Weintraut | All Exhibits and obtaining and using Plaintiffs consumer reports |
| Clint Bogden | Receipt and use of Plaintiffs consumer reports |
| Blake Nelson | All Exhibits – letters to and from Defendants and information concerning the Contractor's Recovery Fund |
| Keith Wanke | Receipt of Plaintiffs consumer reports |
| Linda Wanke | Receipt of Plaintiffs consumer reports |
| Lauren Wanke | Receipt of Plaintiffs consumer reports |
| Mary Kiffmeyer – Secretary of State | Receipt of Plaintiffs consumer reports |
| Victoria Rico – Department of Commerce | Receipt of Plaintiffs consumer reports |
| Steve Peterson – Metro Legal | Exhibits 9 – 12 and FCRA Privacy Protocols at Metro Legal and customer duties |
| | Any and all witnesses identified and/or introduced by other parties in this matter. |
| | Any and all additional witnesses deemed necessary for foundation, impeachment, and rebuttal purposes. Some of the witnesses identified may be called for rebuttal purposes only. |
| | Plaintiffs reserve the right to amend and/or |

| | |
|---|---|
| | supplement this list and call additional witnesses for purposes of its case in chief and/or rebuttal and cross-examination. |
| | Plaintiffs reserve the right to introduce additional documents and/or amend and/or modify this exhibit list for purposes of cross-examination and rebuttal testimony, up to and through the time of trial. |

Dated this 28th day of June, 2005.

By: s/Thomas J. Lyons

**THOMAS LYONS & ASSOCIATES P.A.**
Thomas J. Lyons
Attorney I.D. #: 65699
342 East County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney I.D. #: 0249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

ATTORNEYS FOR PLAINTIFFS