**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-1370 (JNE/JGL)**

| | |
|---|---|
| Steven Sather and Kathleen Sather,<br><br>Plaintiffs,<br><br>v.<br><br>Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,<br><br>Defendants. | **PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EVIDENCE AT TRIAL** |

Plaintiffs hereby move this Honorable Court to exclude the following items of evidence:

1. Any evidence or argument going to the contents of Plaintiffs' credit reports;

2. Any evidence or argument relating to the Hennepin County lawsuit between the Wankes and SDBI, and the Plaintiffs' behavior therein prior to December 1, 1999;

3. Any evidence, argument, or inference that Defendants' non-lawyer staff was responsible for the Defendants' actions in this matter;

4. Any evidence, argument, or inference that Defendant Weintraut did not knowingly read and sign the Metro Legal FCRA Compliance Document;

5. Any evidence, argument, or inference as to what Robert Rode would state in testimony as to the intent or state of mind of Defendants.

Dated this 28th day of June, 2005.

By: s/Thomas J. Lyons
**THOMAS LYONS & ASSOCIATES P.A.**
Thomas J. Lyons
Attorney I.D. #: 65699
342 East County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney I.D. #: 0249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

ATTORNEYS FOR PLAINTIFFS