**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-1370 (JNE/JGL)**

| | |
|---|---|
| Steven Sather and Kathleen Sather,<br><br>Plaintiffs,<br><br>v.<br><br>Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,<br><br>Defendants. | **PLAINTIFFS' PROPOSED VOIR DIRE** |

PLAINTIFFS REQUEST that this Court ask the following questions to potential jurors at voir dire:

**PRIVACY MATTERS**

1. What are your thoughts on consumer privacy?
2. Have you been a victim of identity theft?
3. Do you believe invasion of privacy is a serious matter?
4. Have you read anything in the media about invasion of privacy?
5. Have you ever been slandered or libeled?
6. Did you read Newsweek's article on identity theft in the past few weeks?

**CONSTRUCTION PROBLEMS ON A HOME BUILDING, REMODELING OR OTHER HOME IMPROVEMENT PROJECTS.**

1. Have you ever had a dispute with a home builder or remodeler?
2. Do you have strong feelings about home remodelers and builders?
3. The plaintiffs are in the home remodeling business will that fact standing alone cause you concern regarding your obligation of impartiality?

**<u>EVER WORK IN THE HOME REMODELING OR BUILDING BUSINESS?</u>**

1. Deal with state recovery fund for contractor's clients?
2. Have contact with licensing authorities?

**<u>EVER HAD A JOB THAT REQUIRED A STATE ISSUED LICENSE TO CONDUCT YOUR BUSINESS?</u>**

1. Ever go through a license dispute?
2. Ever have your license suspended?
3. Ever been threatened by a client or customer with license suspension?

**<u>GOVERNMENT WORK</u>**

1. Have you worked in Government Regulation or licensing departments?
2. Have you worked for the Minnesota or A.G. or any state or federal Department of Commerce?
3. Worked in the court house anywhere?
4. Involved in any court proceedings to collect judgments?

**<u>LEGAL CASES IN WHICH YOU HAVE BEEN INVOLVED</u>**

1. Party to a lawsuit?
2. Witness in a lawsuit?
3. Had your deposition taken?
4. Prior jury duty?
5. Hired a lawyer to represent you in court?

**<u>BUSINESS TRANSACTIONS IN WHICH YOU HAVE BEEN A PARTY?</u>**

1. Hire a lawyer?
2. Form a corporation?
3. Other business entity?
4. Share holder?
5. Director?
6. Officer?
7. Buy a business?
8. Small business owner?

**<u>CREDIT REPORT PROBLEMS</u>**

1. What kind of problems?

2. Ever looked at your credit report?
3. Credit scores: Have yours or others been an issue for you?
4. Accuracy issues: Have yours or others been a matter of concern for you?
5. Privacy of credit report: What are your views?
6. Attempts to correct credit report: Tell us what if any attempts you have made.
7. Theft of identity

**WORK FOR CORPORATION**

1. CPA or other accounting services?
2. Law suit for corporation?
3. License applications?
4. Filing with Secretary of State or Department of Commerce?

**LEGAL TRAINING OR EXPERIENCE IN LAW OFFICE**

1. Anything to do with corporations, large small?
2. Serve as legal assistant or secretary to lawyer doing corporate legal work?
3. What other departments in the law firm?
4. Work independently or supervised by attorney?
5. Attorney always responsible for the actions of the legal assistant?
6. Are you a Notary Public?
7. Notarize affidavits or asked them to be notarized?
8. Draft correspondence?
9. Draft settlement letters to opposing party, lawyers or adjusters?
10. Post trial documents: used or drafted by you?
11. Post judgment collection procedures.
12. Search for assets of judgment debtor.
13. Court filings.

**DEBT COLLECTION BUSINESS?**

1 Access credit reports?
2 Distinguish between business entities and persons?
3 Appear in court for collector?
4 Do collection work on phone?
5 Supervisor or others doing collection work?
6 Search for assets of debtor?
7 Ever run a Dun and Bradstreet business report?

**BANKING OR OTHER FINANCE BUSINESS?**

1. Personal banker?
2. Corporate banker?
3. Deal with personal financial documents?
4. Deal with corporate financial documents?

**BANKRUPTCY MATTERS**

1. For attorney?
2. For any other entity?
3. Court staff?
4. Debt counseling staff?

**HAVE YOU HAD TRANSACTIONS WITH THE STATE OF MINNESOTA?**

1. Secretary of State?
2. Attorney General?
3. Department of Commerce?
4. Other state licensing agency?

Dated this 28th day of June, 2005.

By: s/Thomas J. Lyons

**THOMAS LYONS & ASSOCIATES, P.A.**
Thomas J. Lyons
Attorney I.D. #: 65699
342 East County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney I.D. #: 0249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

ATTORNEYS FOR PLAINTIFFS