**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-1370 (JNE/JGL)**

| | |
|---|---|
| Steven Sather and Kathleen Sather,<br><br>Plaintiffs,<br><br>v.<br><br>Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that on June 30, 2005, I caused the following documents:

- **Plaintiffs' Proposed Jury Instructions**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Susan K Fitzke**
  sfitzke@meagher.com cmensing@meagher.com;uscourtfiling@meagher.com
- **Thomas E Propson**
  tpropson@meagher.com cfaint@meagher.com;UScourtfiling@meagher.com
- **Jamie L Sather**
  jsather@meagher.com jballer@meagher.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**None**

Dated: June 30, 2005

s/Thomas J. Lyons

**THOMAS LYONS & ASSOCIATES P.A.**
Thomas J. Lyons, Esq.
Attorney I.D. No.: 65699

342 East County Road D
Little Canada, Minnesota 55117
Telephone No.: (651) 770-9707

**CONSUMER JUSTICE CENTER P.A.**
Thomas J. Lyons, Jr., Esq.
Attorney I.D. No.: 0249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone No.: (651) 770-9707

ATTORNEYS FOR PLAINTIFFS