**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-1370 (JNE/JGL)**

| | |
|---|---|
| Steven Sather and Kathleen Sather,<br><br>Plaintiffs,<br><br>v.<br><br>Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,<br><br>Defendants. | **PLAINTIFFS' AMENDED MOTION IN LIMINE TO EXCLUDE EVIDENCE AT TRIAL** |

Plaintiffs hereby move this Honorable Court to exclude the following items of evidence:

1. Any evidence, reference or argument going to the contents of Plaintiffs' credit reports;

2. Any evidence or argument relating to the Hennepin County lawsuit between the Wankes and SDBI, and the Plaintiffs' behavior therein prior to December 1, 1999;

3. Any evidence, argument, or inference that Defendants' non-lawyer staff was responsible for the Defendants' actions in this matter;

4. Any evidence, argument, or inference that Defendant Weintraut did not knowingly read and sign the Metro Legal FCRA Compliance Document;

5. Any evidence, argument, or inference as to what Robert Rode would state in testimony as to the intent or state of mind of Defendants.

6. Any evidence, inference, reference or argument as to the contents of Defendants proposed exhibits #1-11, 15, 16, 20, 23, 25-29 and 31-40 or the alleged conduct of the Plaintiffs herein or any companies with which they may have been associated with in the past.

7. Any reference, inference, argument or evidence in the person or testimony of defendants' proposed witness Charles Durenburger,

an official with the Minnesota Department of Commerce.

Dated this 30th day of June, 2005.

By: s/Thomas J. Lyons
**THOMAS LYONS & ASSOCIATES P.A.**
Thomas J. Lyons
Attorney I.D. #: 65699
342 East County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney I.D. #: 0249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

ATTORNEYS FOR PLAINTIFFS