MEAGHER & GEER P.L.L.P.
ATTORNEYS AT LAW

33 SOUTH SIXTH STREET, SUITE 4200
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE: (612) 338-0661
FACSIMILE: (612) 338-8384
www.meagher.com

**DIRECT DIAL: (612) 347-9185**
**EMAIL: jsather@meagher.com**

June 30, 2005

**VIA ECF**

The Honorable Joan Ericksen
United States District Court Judge
748 Federal Building
316 North Robert Street
St. Paul, MN 55101

**Re:** ***Steven A. and Kathleen M. Sather v. Steven J. Weintraut and Siegel, Brill, Greupner, Duffy & Foster, P.A.***
Court File No.:01-CV-1370 (JNE/JGL)
Our File No.: 53014-18

Your Honor:

Today we received Plaintiffs' *Proposed Jury Instructions*, *Amended Motion in Limine to Exclude Evidence at Trial* and *Memorandum in Support of Amended Motion in Limine to Exclude Evidence at Trial* (Document Numbers 94, 96 and 97). The deadline for filing trial documents was June 27. However, now three days after, Plaintiffs have amended their Motions in Limine, in an attempt to raise additional issues responding to Defendants' trial submissions. Plaintiffs have also tailored their Proposed Jury Instructions based on Defendants' arguments. (It should be noted that all of Plaintiffs' other trial submissions were not filed or served timely either, as they were not filed until June 28).

Defendants object to Plaintiffs' late submissions due to the unfair advantage they have received by being allowed to fully review Plaintiffs' documents before submitting their own. Therefore, Defendants' respectfully request that Documents 94, 96 and 96 be stricken. Thank you for your consideration of this matter.

Very truly yours,

s/Jamie L. Sather

Jamie L. Sather

1239262