✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Steven A. Sather and Kathleen M. Sather

V.

Steven J. Weintraut and Siegel, Greupner Duffy & Foster

**PROPOSED AMENDED EXHIBIT LIST**

Case Number: CV 01-1370 JNE/JGL

| PRESIDING JUDGE: Judge Joan N. Ericksen | PLAINTIFF'S ATTORNEY: Thomas J. Lyons | DEFENDANT'S ATTORNEY: Thomas E. Propson |
|---|---|---|
| TRIAL DATE (S): July 12, 2005 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Letter from Def Weintraut to Blake Nelson dated 12.9.99 |
| 2 | | | | | Verdict Form dated 1.7.00 |
| 3 | | | | | Email from Def Weintraut to Rob Rode dated 2.18.00 |
| 4 | | | | | None |
| 5 | | | | | Amended Affidavit of Judgment Debtor dated 2.21.00 |
| 6 | | | | | Notice of Entry of Judgment dated 2.28.00 |
| 7 | | | | | Writ of Execution dated 2.28.00 |
| 8 | | | | | Letter from Blake Nelson to Def Weintraut dated 3.1.00 |
| 9 | | | | | Asset Search and Skip Trace Request Form dated 5.5.00 |
| 10 | | | | | Consumer Credit Report Request dated 5.5.00 |
| 11 | | | | | Fax Cover Sheet to Metro requesting DMV dated 5.8.00 |
| 12 | | | | | Metro Legal transmittal letter conveying Plaintiffs' personal credit reports to Defendants dated 5.12.00 |
| 13 | | | | | Letter from Blake Nelson to Def Weintraut dated 5.22.00 |
| 14 | | | | | Email from Def Weintraut to Rob Rode dated 5.30.00 |
| 15 | | | | | Def Weintraut letter to TCF dated 6.6.00 |
| 16 | | | | | Def Weintraut letter to TCF dated 6.15.00 |
| 17 | | | | | Letter from Blake Nelson to Def Weintraut dated 6.28.00 |
| 18 | | | | | Letter from Blake Nelson to Court filing Stipulation dated 6.30.00 |
| 19 | | | | | Letter from Blake Nelson to Def Weintraut dated 8.1.00 |
| 20 | | | | | Siegel Brill's cover letter to the Court dated 8.24.00 |
| 21 | | | | | Siegel Brill's cover letter to the Minnesota Department of Commerce 08.24.00 |

| | | | | | |
|---|---|---|---|---|---|
| 22 | | | | | Siegel Brill's cover letter to John Markve at Hellmuth & Johnson 08.24.00 |
| 23 | | | | | Affidavit of Steven Weintraut dated 8.24.00 – Exhibit D (Credit Reports) |
| 24 | | | | | Letter from the DOC Victoria Cameron Rico to Siegel Brill dated 9.5.00 |
| 25 | | | | | Copy of envelope from Mary Kiffmeyer to Sather Design bearing postmark 9.12.00 |
| 26 | | | | | Supplemental Affidavit of Steven Weintraut dated 9.22.00 |
| 27 | | | | | Joint and Separate Answer |
| 28 | | | | | Copy of 7.22.00 Deposition Transcript of Pl S. Sather (pages 30-32 and Ex. 2) |
| 29 | | | | | Declaration of Steven Weintraut dated 11.1.2002 |
| 30 | | | | | Copy of Defendant Law Firm's Website |
| 31 | | | | | Affidavit of Service upon Minnesota Secretary of State |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| | | | | | |

* Includ32e a notation as to the location of any exhibit not held with the case file or not available because of size.

Dated this 11th day of July, 2005.

Respectfully submitted,

By: s/Thomas J. Lyons

**THOMAS LYONS & ASSOCIATES P.A.**
Thomas J. Lyons
Attorney I.D. #: 65699
342 East County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney I.D. #: 0249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

ATTORNEYS FOR PLAINTIFFS