STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

**AFFIDAVIT OF SERVICE**

**COURT FILE NO. CT 99-001343**

**Jill S. Mraz**, being first duly sworn on oath, deposes and states, that on the 7th day of September, 2000, he served the attached: **Plaintiffs' Notice of Motion and Motion for Order Directing Payment to Plaintiffs Out of the Recovery Fund; Plaintiffs' Application; An Affidavit of Compliance; Proposed Order; and Writ of Execution**, upon **Minnesota Secretary of State as Statutory Agent forSather Design/Build, Inc d/b/a Sather Room and Additions**, therein named, personally at: 180 State Office Building, St. Paul, County of Ramsey, State of Minnesota, by handing to, and leaving with Jo Ann Davis, clerk true and correct copies thereof.

Subscribed and sworn to before me
this 7th day of September, 2000.

[signature]
Notary Public

[signature]
Process Server

Legal Courier Service