**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Steven A. Sather and Kathleen Sather,

Plaintiffs,

v.

Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,

Defendants.

Court File No.: 01-CV-1370 (JNE/JGL)

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE PLAINTIFFS' EXHIBITS**

---

To: Plaintiffs Steven A. Sather and Kathleen Sather and their attorneys, Thomas Lyons, Jr., Esq., Thomas Lyons & Associates, P.A., 342 East County Road D, Little Canada, MN 55117.

Defendants Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A. hereby move the Court for an order excluding all evidence, testimony and arguments pertaining to documents Plaintiffs failed to produce during discovery should be excluded pursuant to Federal Rules of Evidence 402 and 403 and Rule 37 of the Federal Rules of Civil Procedure. This motion will be supported by the record, arguments by counsel and a memorandum of law and supporting papers to be filed and served pursuant to Local Rule 7.1(b).

Dated: July 11, 2005

s/Thomas E. Propson
**THOMAS E. PROPSON** (#231046)
**JAMIE L. SATHER** (#323391)
**MEAGHER & GEER, PLLP**
33 South Sixth Street
Suite 4200
Minneapolis, Minnesota 55402
(612) 338-0661

*Attorneys for the Defendants*

1240789