**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Steven A. Sather and Kathleen Sather,

Plaintiffs,

v.

Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,

Defendants.

Court File No.:01-CV-1370 (JNE/JGL)

**DECLARATION OF THOMAS E. PROPSON IN SUPPORT OF MOTION TO EXCLUDE PLAINTIFFS' EXHIBITS**

---

1. I am an attorney licensed to practice law in Minnesota. I am representing the Defendants in the above-captioned matter. I make this declaration of my own personal knowledge.

2. At no time during this litigation did Plaintiffs produced documents now listed as Exhibits 1, 2, 4, 5, 8, 9 , 10, 11, 13, 17, 18, 19, 21, 22, 26, 30 and 31 to their Trial Exhibit List.

3. Attached hereto as "Exhibit A" is a true and correct copy of the Court's order granting Defendants' Motion to Compel on May 30, 2002.

4. Attached hereto as "Exhibit B" is a true and correct copy of Plaintiffs' Answers to Defendants' Interrogatories and Requests for Production of Documents, dated June 24, 2002.

5. Attached hereto as "Exhibit C" is a true and correct copy of the Court's order regarding Defendants' Motion for Order to Show Cause.

6. Attached hereto as "Exhibit D" is a true and correct copy of excerpts from the deposition of Steven Sather, taken on July 23, 2002. As noted in the deposition, all of the documents produced by the Sathers in this matter were either attached to the Complaint or

stamped with the label "COPY ___." The documents identified in paragraph 2 above, were not attached to the Complaint, nor were they produced.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2005 _s/Thomas E. Propson___________________

**THOMAS E. PROPSON**

1240862