**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Steven A. Sather and Kathleen Sather,

Plaintiffs,

v.

Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,

Defendants.

Court File No.: 01-CV-1370 (MJD/JGL)

**ORDER**

---

Counsel of record for plaintiffs Steven and Kathleen Sather., and for defendants Steven J. Weintraut and Seigel, Brill, Greupner, Duffy and Foster, P.A., came before the Honorable Jonathan G. Lebedoff on the 29th day of May, 2002.

Appearances waived. No objection to motion. JGL

Based upon all submissions, memoranda, affidavits, and exhibits on file with the Court, and upon the files, records, appearance of counsel, and proceedings herein, the Court makes the following Order:

**IT IS HEREBY ORDERED:**

1. That plaintiffs Steven and Kathleen Sather will respond to Defendants outstanding Interrogatories, Requests for Documents and Requests for Statements within three (3) days of the date of this order.

Dated: May 30, 2002

Honorable Jonathan G. Lebedoff
United Stated Magistrate Judge

FILED MAY 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK