UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

FOURTH DIVISION

- - - - - - - - - - - - - - - - - -

Steven A. Sather and Kathleen Sather,

Plaintiffs,

vs. Court File No.: 01-CV-1370 (MJD/JGL)

Steven J. Weintraut and Siegel, Brill, Greupner, Duffy & Foster, P.A., a Minnesota corporation,

Defendants.

- - - - - - - - - - - - - - - - - -

DEPOSITION OF:

STEVEN A. SATHER

TAKEN ON JULY 23, 2002

AT 9:40 A.M.

LORI A. STOUTEN
REGISTERED PROFESSIONAL REPORTER
MINNEAPOLIS, MINNESOTA



INDEX

EXAMINATION BY: PAGE:

By Mr. Bogden: 4

* * *

| EXHIBIT: | DESCRIPTION: | DISCUSSED: |
|---|---|---|
| No. 1 | Plaintiffs' Answers to Defendants' Interrogatories (10 pages) | 11 |
| No. 2 | Affidavit of Weintraut, et al (55 pages) | 30 |
| No. 3 | 8-24-00 Letter to Court Administrator From Rode (2 pages) | 34 |
| No. 4 | 8-24-00 Letter to Rico From Rode (2 pages) | 38 |
| No. 5 | 9-5-00 Letter to Rode From Rico (1 page) | 43 |
| No. 6 | Affidavit of Weintraut, et al (47 pages) | 56 |
| No. 7 | Summons and Complaint (13 pages) | 61 |

* * *





APPEARANCES

APPEARING ON BEHALF OF THE PLAINTIFF:
ERIC L. CRANDALL
Attorney at Law
Suite 101
275 South Third Street
Stillwater, Minnesota 55082

APPEARING ON BEHALF OF THE DEFENDANTS:
CLINT S. BOGDEN
Attorney at Law
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402

* * *



The following is the deposition of STEVEN A. SATHER taken pursuant to Notice of Taking Depositio under the Rules of Civil Procedure for the District Courts of the State of Minnesota, at 33 South Sixth Street, Minneapolis, Minnesota, at approximately 9:40 a.m., July 23, 2002, before Lori A. Stouten, RPR, a Notary Public in and for the County of Anoka and State of Minnesota.

PROCEEDINGS

(Witness sworn.)

STEVEN A. SATHER,

called as a witness, being first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. BOGDEN:

Q. Please state your name for the record, sir.

A. Steven A. Sather, S-a-t-h-e-r.

Q. Your age?

A. Forty-eight.

Q. Social Security number?

MR. CRANDALL: I'm going to object here. I'll be happy to talk to you about that later, perhaps give it to you for your use in this case. We don't want it as part of any document that could become public record.

ultimately be in the record in this matter and that we've agreed, with respect to Mr. Sather's Social Security number and to his credit report that is going to be in the record, that we will keep those confidential throughout the course of the litigation.

MR. CRANDALL: That's not quite true. I'd like to restate it. Maybe you can agree to it. This is Exhibit 2 that's been introduced. There are two documents that we're concerned about. Specifically a cover letter to Metro Legal Services from Carrie Stuart at Siegel Brill law firm. The cover letter is dated May 12, 2000. Both Mr. Sather's and Mrs. Sather's Social Security numbers are listed in the document. We've agreed that the Social Security numbers will be redacted or removed from this document.

Following that document are copies of Steve Sather's and Kathy Sather's credit reports. Those credit reports will also be redacted while we're discussing them here today. They will not be made part of the public record -- excuse me -- they will not be available to the public in general, but will be subject to confidentiality between the parties and reviewed by the parties and Judge -- the District Court Judge and the Magistrate Judge in this case. That's my understanding of the





agreement.

MR. BOGDEN: I don't have any objection to that.

MR. CRANDALL: Great.

BY MR. BOGDEN:

Q. This has been marked as Deposition Exhibit No. 2, if you want to just take a moment to thumb through that.

MR. BOGDEN: Here's a copy for you (indicating).

MR. CRANDALL: Thank you.

THE WITNESS: (Reviewing document.)

BY MR. BOGDEN:

Q. The title of this document is Affidavit of Steven Weintraut in Support of Application for Order Directing Payment to Plaintiffs out of the Contractor's Recovery Fund.

Is this a document that you've previously seen?

A. Yes, it is.

Q. Specifically with respect to Exhibit D, which appears beginning on 495 of the copy stamps down at the bottom?

A. I have it.

Q. And I'll just let the record note that these are all documents that Mr. Crandall has produced in this litigation and that I've made copies with Bates





stamps, that I added the Bates stamps to the copies.

MR. CRANDALL: That's fine. We're happy that you did that.

BY MR. BOGDEN:

Q. On the page that's been Bates stamped copy 00498 is what appears to be a credit report. Is that your credit report?

A. Yes.

Q. Is this the credit report that is the subject of this lawsuit?

A. One of them, yes.

Q. The other one being your spouse's, Kathleen Sather, correct?

A. Correct.

Q. Can you tell me who you believe received copies of this credit report once it had been pulled by Metro Legal?

A. I believe that Mr. Weintraut; Carrie Stuart; other staff at Siegel Brill; Steve Peterson and other staff at Metro Legal Services; the staff at -- I believe TLT, the company that pulled the credit report; the staff at the Minnesota Department of Commerce; Charlie Durenberger at the Department of Commerce. I have belief that the Wankes, Mr. and Mrs. Wanke have seen it.





Staff at the law firm we're sitting in, including yourself, Mr. Bogden. Staff at Hellmuth & Johnson, my original attorney. Blake Nelson at Hellmuth & Johnson. And the staff in the Secretary of State's office. I have a copy that's signed off by the Secretary of State and returned to me. The court reporter has specific recollection of seeing it -- not the court reporter, excuse me, the Judge's clerk in the case has specific recollection of seeing the document, and so told my wife and I. I believe the Judge has seen the document in this case. And presently, that's all I recall off the top of my head.

Q. You indicated that you have a document that's been signed off by the Secretary of State?

A. Yes.

MR. BOGDEN: Do you have copies of that with you today?

MR. CRANDALL: Mr. Sather doesn't. I do. And we previously produced them in discovery. I'll show you the original now. You can make another copy, if you like. It's a certified mail -- envelope that came by certified mail to Sather Design/Build from the office of the Secretary of State.