**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-1370 (JNE/JGL)**

Steven Sather and Kathleen Sather,

Plaintiffs,

v.

Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,

Defendants.

**PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EVIDENCE AT TRIAL AND MOTION TO STRIKE EVIDENCE AND ARGUMENT PRESENTED AT TRIAL**

Plaintiffs hereby move this Honorable Court to exclude the following:

1. Any evidence, reference or argument going to the contents or discussions of a settlement offer by Defendants in this matter.

2. Any evidence, reference or argument that non-lawyer personnel are responsible for causing Defendants to violate the Fair Credit Reporting Act.

Plaintiffs hereby move this Honorable Court to strike the following:

1. Any evidence, reference or argument already presented going to the contents or discussions of a settlement offer by Defendants in this matter.

2. Any evidence, reference or argument already presented that non-lawyer personnel are responsible for causing Defendants to violate the Fair Credit Reporting Act.

Dated this 13th day of July, 2005.

By:_s/Thomas J. Lyons, Jr.____________
**THOMAS LYONS & ASSOCIATES P.A.**
Thomas J. Lyons
Attorney I.D. #: 65699
342 East County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney I.D. #: 0249646
342 East County Road D
Little Canada, Minnesota 55115
Telephone: 651-770-9707

ATTORNEYS FOR PLAINTIFFS