**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-1370 (JNE/JGL)**

| | |
|---|---|
| Steven Sather and Kathleen Sather,<br><br>Plaintiffs,<br><br>v.<br><br>Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,<br><br>Defendants. | **NOTICE OF PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EVIDENCE AT TRIAL AND MOTION TO STRIKE EVIDENCE AND ARGUMENT PRESENTED AT TRIAL** |

**PLEASE TAKE NOTICE** that at the beginning of trial on July 13, 2005, or as soon thereafter as counsel can be heard, Plaintiff will appear before the Honorable Joan N. Ericksen, at Courtroom 3, United States Courthouse, 700 Federal Building, 316 North Robert Street, St. Paul, Minnesota 55101 and move for an Order pursuant to Federal Rules of Evidence excluding evidence from the jury trial and strike evidence and argument presented at trial in the above captioned matter.

Dated this 13th day of July, 2005.

By: s/Thomas J. Lyons, Jr.
**THOMAS LYONS & ASSOCIATES P.A.**
Thomas J. Lyons
Attorney I.D. #: 65699
342 East County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney I.D. #: 0249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

ATTORNEYS FOR PLAINTIFFS