**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-1370 (JNE/JGL)**

| | |
|---|---|
| Steven Sather and Kathleen Sather,<br><br>Plaintiffs,<br><br>v.<br><br>Steven J. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation,<br><br>Defendants. | **CERTIFICATE OF COMPLIANCE** |

I, Thomas J. Lyons, certify that Plaintiffs' Memorandum in Support of Motion In Limine and Motion to Strike Evidence and Argument Presented at Trial complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word Version 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following work count.

I further certify that the above-referenced memorandum contains 2,364 words.

Dated this 13th day of July, 2005.

By: s/Thomas J. Lyons, Jr. ______________

**THOMAS LYONS & ASSOCIATES P.A.**
Thomas J. Lyons
Attorney I.D. #: 65699
342 East County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney I.D. #: 0249646

342 East County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

ATTORNEYS FOR PLAINTIFFS