# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Steven A. and Kathleen M. Sather,
Plaintiff,

v.

Steven J. Weintraut and Siegel, Brill, Greupner, Duffy & Foster, P.A.,
Defendant.

**COURT MINUTES**
Case Number: 01cv1370 (JNE/JGL)

Date: July 12, 2005
Court Reporter: Maria Weinbeck
Time Commenced: 9:30 a.m.
Time Concluded: 4:00 p.m.
Time in Court: 5 Hours & Minutes

Trial before Joan N. Ericksen, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: Thomas J. Lyons and Thomas J. Lyons, Jr.
For Defendant: Thomas E. Propson and Jamie L. Sather

PROCEEDINGS:

: **Jury Selection.**
: **JURY Trial - Began.**
9 **JURY Trial - Ended**
: Jury impaneled (File list of jurors).
: Opening statements.
9 **JURY Trial Held.**
9 Trial continued to .
: Plaintiff's witnesses: **Steve Peterson and Blake Nelson**
9 Defendant's witnesses:
9 Plaintiff rests. 9 Defendant rests.
9 Closing arguments.
9 Jury received case at.
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

9 Verdict Rec'd at for:
  9 Plaintiff
  9 Defendant

9 Court's Ruling:
  9 Judgment in favor of Plaintiff.
  9 Judgment in favor of Defendant.

IT IS ORDERED:

- 9 Oral motion to dismiss for judgment as a matter of law.
- 9 Clerk to file Verdict and enter Judgment.
- 9 Clerk to file Verdict, but withhold entry of Judgment until further order.
- 9 Clerk to file Order.
- 9 Clerk to file Order and enter Judgment.
- 9 Clerk to enter Judgment.
- 9 Written order forthcoming.
- 9 Case submitted.

CLERK'S USE ONLY:

- 9 Number of trial days with evidence - .

s/Sheri L. Frette
Signature of Calendar Clerk