# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL JURY TRIAL

Steven A. and Kathleen M. Sather,
Plaintiff,
v.

Steven J. Weintraut and Siegel, Brill, Greupner, Duffy & Foster, P.A.,
Defendant.

**COURT MINUTES**
Case Number: 01cv1370 (JNE/JGL)

Date: July 15, 2005
Court Reporter: Maria Weinbeck
Time Commenced: 8:30 a.m.
Time Concluded:
Time in Court:

Trial before Joan N. Ericksen, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: Thomas J. Lyons and Thomas J. Lyons, Jr.
For Defendant: Thomas E. Propson and Jamie L. Sather

PROCEEDINGS:

9 **Jury Selection.**
9 **JURY Trial - Began**.
9 **JURY Trial - Ended**
9 Jury impaneled (File list of jurors).
9 Opening statements.
: **JURY Trial Held.**
9 Trial continued to .
9 Plaintiff's witnesses:
9 Defendant's witnesses:
9 Plaintiff rests. 9 Defendant rests.
9 Closing arguments.
9 Jury received case at
: Jury resumed deliberations on July 15, 2005 at 8:30 a.m..
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

: Verdict Rec'd at 10:00 a.m.
 9 Plaintiff
 : Defendant

: Court's Ruling:
 9 Judgment in favor of Plaintiff.
 : Judgment in favor of Defendant.
 **Exhibits were returned to counsel.**

IT IS ORDERED:

9 Oral motion to dismiss for judgment as a matter of law.
: Clerk to file Verdict and enter Judgment for the defendant.
9 Clerk to file Verdict, but withhold entry of Judgment until further order.
9 Clerk to file Order.
9 Clerk to file Order and enter Judgment.
9 Clerk to enter Judgment.
9 Written order forthcoming.
9 Case submitted.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Sheri L. Frette
Signature of Calendar Clerk