# United States District Court

DISTRICT OF

Sather
v.
Weintraut

Court EXHIBIT AND WITNESS LIST

CASE NUMBER: 01 CV 1370 (JNE/JGL)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- |
| Ericksen | Lyons | Propsen |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 7-12 to 7-15-05 | Weinbeck | Frette |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | | | 1 | | Question from jury |
| | | | 2 | | Question from jury |

RECEIVED
JUL 15 2005
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

SCANNED
JUL 15 2005 DM
U.S. DISTRICT COURT ST. PAUL

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

WE HAVE REACHED A VERDICT.

Gary C. Bowman Jr.

Court exh. 2
01cv 1370
(JNE/JGL)

* WE HAVE SELECTED A FOREPERSON, GARY BOWMAN
* WE WILL BEGIN DELIBERATIONS AT 8:30 AM ON JULY 15, 2005.
* WHERE DO WE REPORT?
* WHAT SHOULD WE DO WITH THE EVIDENCE FOR TONIGHT?

Court Exh. 1
01cv 1370
(JNE/JGL)

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Pltf

Steven A. Sather and Kathleen M. Sather

**PROPOSED AMENDED EXHIBIT LIST**

V.

Case Number: CV 01-1370 JNE/JGL

Steven J. Weintraut and Siegel, Greupner Duffy & Foster

| PRESIDING JUDGE: Judge Joan N. Ericksen | PLAINTIFF'S ATTORNEY: Thomas J. Lyons | DEFENDANT'S ATTORNEY: Thomas E. Propson |
|---|---|---|
| TRIAL DATE (S): July 12, 2005 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Letter from Def Weintraut to Blake Nelson dated 12.9.99 |
| 2 | | | | R | Verdict Form dated 1.7.00 |
| 3 | | | | R | Email from Def Weintraut to Rob Rode dated 2.18.00 |
| 4 | | | | | None |
| 5 | | | | R | Amended Affidavit of Judgment Debtor dated 2.21.00 |
| 6 | | | | R | Notice of Entry of Judgment dated 2.28.00 |
| 7 | | | | R | Writ of Execution dated 2.28.00 |
| 8 | | | | | Letter from Blake Nelson to Def Weintraut dated 3.1.00 |
| 9 | | | | R | Asset Search and Skip Trace Request Form dated 5.5.00 |
| 10 | | | | R | Consumer Credit Report Request dated 5.5.00 |
| 11 | | | | | Fax Cover Sheet to Metro requesting DMV dated 5.8.00 |
| 12 | | | | R | Metro Legal transmittal letter conveying Plaintiffs' personal credit reports to Defendants dated 5.12.00 |
| 13 | | | | R | Letter from Blake Nelson to Def Weintraut dated 5.22.00 |
| 14 | | | | R | Email from Def Weintraut to Rob Rode dated 5.30.00 (redacted) |
| 15 | | | | R | Def Weintraut letter to TCF dated 6.6.00 |
| 16 | | | | R | Def Weintraut letter to TCF dated 6.15.00 |
| 17 | | | | R | Letter from Blake Nelson to Def Weintraut dated 6.28.00 |
| 18 | | | | R | Letter from Blake Nelson to Court filing Stipulation dated 6.30.00 |
| 19 | | | | R | Letter from Blake Nelson to Def Weintraut dated 8.1.00 |
| 20 | | | | R | Siegel Brill's cover letter to the Court dated 8.24.00 |
| 21 | | | | R | Siegel Brill's cover letter to the Minnesota Department of Commerce 08.24.00 |

| | | | | | |
|---|---|---|---|---|---|
| 22 | | | | R | Siegel Brill's cover letter to John Markve at Hellmuth & Johnson 08.24.00 |
| 23 | | | | R | Affidavit of Steven Weintraut dated 8.24.00 – Exhibit D (Credit Reports) |
| 24 | | | | | Letter from the DOC Victoria Cameron Rico to Siegel Brill dated 9.5.00 |
| 25 | | | | | Copy of envelope from Mary Kiffmeyer to Sather Design bearing postmark 9.12.00 |
| 26 | | | | | Supplemental Affidavit of Steven Weintraut dated 9.22.00 |
| 27 | | | | | Joint and Separate Answer |
| 28 | | | | | Copy of 7.22.00 Deposition Transcript of Pl S. Sather (pages 30-32 and Ex. 2) |
| 29 | | | | | Declaration of Steven Weintraut dated 11.1.2002 |
| 30 | | | | | Copy of Defendant Law Firm's Website |
| 31 | | | | | Affidavit of Service upon Minnesota Secretary of State |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| | | | | | |

* Includ32e a notation as to the location of any exhibit not held with the case file or not available because of size.

Dated this 11th day of July, 2005.

Respectfully submitted,

By: s/Thomas J. Lyons

**THOMAS LYONS & ASSOCIATES P.A.**
Thomas J. Lyons
Attorney I.D. #: 65699
342 East County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney I.D. #: 0249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

ATTORNEYS FOR PLAINTIFFS

OAO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Steven A. Sather and Kathleen Sather

Plaintiffs,

v.

Steven J. Weintraut and
Siegel, Brill, Greupner, Duffy and Foster, P.A.,
a Minnesota corporation

Defendants.

**DEFENDANTS' (AMENDED) EXHIBIT LIST**

Case Number: 01-CV-1370 (JNE/JGL)

| PRESIDING JUDGE | PLAINTIFF=S ATTORNEY | DEFENDANT=S ATTORNEY |
|---|---|---|
| Honorable Joan N. Ericksen | Thomas Lyons, Jr., Esq. | Thomas E. Propson, Esq. |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| Trial Block starting July 5, 2005 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Correspondence from Steve Sather to Keith and Linda Wanke, dated June 23, 1998. |
| | 2 | | | | Letter from Steve Sather to Grant Harris, dated June 23, 199[8]. |
| | 3 | | | | Sather Design/Build license for Wanke contract, dated June 23, 1998. |
| | 4 | | | | Correspondence from Steve Sather to Keith and Linda Wanke, dated June 24, 1998. |
| | 5 | | | | Complaint in Court File No. 99-1343, Keith and Linda Wanke v. Steven A. Sather, Kathleen M. Sather, Sather Design/Build, Inc., d/b/a Sather Room and Additions, and S.A. Sather Company, Inc., filed January 28, 1999, in State of Minnesota District Court, County of Hennepin, Fourth Judicial District. (hereinafter "Wanke Litigation") |
| | 6 | | | | Amended Complaint filed February 1, 1999, Wanke Litigation. (Ex. A of Decl. of Thomas E. Propson in support of Motion for Summary Judgment and SB 00001-0008) |
| | 7 | | | | Wankes' Reply Memorandum in Support of Motion in Limine Regarding Defendants Counterclaims, In Support of Their Motion to Amend the Complaint, and In Response to Defendants' Motions, filed December 28, 1999. |
| | 8 | | | | Affidavit of Linda Wanke, filed December 28, 1999. |
| | 9 | | | | Wankes' Supplemental Memorandum in Support of Their Amended Motion to Amend the Complaint, filed January 3, 2000. |
| | 10 | | | | Affidavit of Steven Weintraut with attached exhibits, filed January 3, 2000. |
| | 11 | | | | Order filed November 16, 1999 in the Wanke Litigation. (Ex. C of Decl. of Thomas E. Propson in support of Motion for Summary Judgment) |
| | 12 | | | | Findings of Fact, Conclusions of Law and Order filed January 19, 2000 in the Wanke Litigation. (SB 00011-00012) |
| | 13 | | | R | Electronic mail dated February 18, 2000, from Steven Weintraut to Rob Rode. (SB 00031) |
| | 14 | | | R | Judgment Roll dated February 28, 2000 in the Wanke Litigation. (SB 00013) |
| | 15 | | | | Order filed April 7, 2000 in the Wanke Litigation. (SB 00014-00024) |
| | 16 | | | R | Judgment Roll dated April 24, 2000 in the Wanke Litigation. (SB 00025 - 00026) |
| | 17 | | | R | Stipulation to Amend Entry of Judgment and Remove Judgment Debtors and Order in the Wanke Litigation. (SB 00027-00030) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Sathers v. Weintraut and Siegel, Brill, Greupner, Duffy and Foster, P.A., a Minnesota corporation
01-CV-1370 (JNE/JGL)

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 18 | | | R | Memorandum dated May 1, 2000, from Steven Weintraut to Carrie Stuart and copied to Rob Rode with attached Writ of Execution. (SB 00032-00033) |
| | 19 | | | R | Electronic Mail correspondence from Steven Weintraut to Carrie Stuart and Rob Rode, dated May 4, 2000. |
| | 20 | | | | Correspondence dated May 9, 2000, from Steven Weintraut to Attorney Blake Nelson at Hellmuth & Johnson, P.A. (SB 00034) |
| | 21 | | | | Redacted electronic mail dated May 30, 2000, from Steven Weintraut to Rob Rode and copied to Carrie Stuart. (SB 00035) |
| | 22 | | | R | Redacted electronic mail dated June 1, 2000, from Steven Weintraut to Carrie Stuart and copied to Rob Rode and Tony Gleekel. (SB 00036) |
| | 23 | | | R | Correspondence dated August 31, 2000, from Attorney Blake Nelson to Steven Weintraut and Robert Rode. (Ex. D of Decl. of Thomas E. Propson in support of Motion for Summary Judgment) |
| | 24 | | | R | Correspondence dated September 5, 2000, from the Minnesota Department of Commerce to Robert Rode. (SB 00037) |
| | 25 | | | | Corespondence from Eric L. Crandall to Mr. Wood R. Foster, Jr., dated October 4, 2000. |
| | 26 | | | | October 13, 2000, letter from Attorney Chris Penwell attempting to settle the dispute between the parties for $2000 – indicating the offer was intended to cut off any attempt to recover attorney fees. (Ex. G of Decl. of Thomas E. Propson in support of Motion for Summary Judgment) |
| | 27 | | | | Correspondence dated October 25, 2000, from Attorney Blake Nelson to Steven Weintraut. (SB 00042-00043) |
| | 28 | | | | Offer of Judgment dated March 22, 2002 (Ex. G of Decl. of Thomas E. Propson in support of Motion for Summary Judgment) |
| | 29 | | | | Plaintiffs' responses to the Defendants' Interrogatories dated June 24, 2002. (Ex. I of Decl. of Thomas E. Propson in support of Motion for Summary Judgment) |
| | 30 | | | | Documents produced by the Plaintiffs in this litigation. (Ex. J of Decl. of Thomas E. Propson in support of Motion for Summary Judgment) |
| | 31 | | | | Deposition transcript of Steven Sather taken on July 23, 2002 and attached exhibits. (Ex. L of Decl. of Thomas E. Propson in support of Motion for Summary Judgment) |
| | 32 | | | | Deposition transcript of Kathleen Sather taken on September 17, 2002 and attached exhibits. (Ex. M of Decl. of Thomas E. Propson in support of Motion for Summary Judgment) |
| | 33 | | | R | Correspondence from Terese I. Kiefer at the Minnesota Department of Commerce, to Steven Weintraut dated June 2, 1999. |
| | 34 | | | | Cease and Desist Order and Notice of Right To Hearing dated July 31, 1997, regarding In the Matter of Sather Room Additions, Sather Company, Inc., Sather Design/Build, and Patio Village. |
| | 35 | | | | Notice of and Order for Hearing and Order to Show Cause, dated September 16, 1997, regarding In the Matter of the Residential Building Contractors License of D.M. Sather Companies, Inc., License No. 3778. |
| | 36 | | | | Findings of Fact, Conclusions of Law, and Order, dated February 4, 1998, regarding In the Matter of the Residential Building Contractors License of D.M. Sather Companies, Inc., License No. 3778, OAH Docket No. 11-1005-11370-2. |
| | 37 | | | | Cease and Desist Order and Notice of Right to Hearing, dated August 12, 1998, regarding In the Matter of Steven A. Sather, Individually and d/b/a/ S.A. Sather Company, Inc., a Minnesota Corporation, also doing business as S.A. Sather, Inc. Design/Build. |
| | 38 | | | | Notice of and Order for Hearing and Notice of Prehearing Conference and Statement of Charges, dated June 30, 2000, regarding In the Matter of Residential Building Contractor's License of Sather Design/Build, Inc., d/b/a Sather Room Additions, License No. 20134065. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 39 | | | | Order dated May 8, 2001, regarding In the Matter of Residential Building Contractor License of Sather DM Co. License Number 3778. |
| | 40 | | | | Consent Order dated January 10, 2002, regarding In the Matter of Residential Building Contractor's License of Sather Design/Build, Inc., d/b/a Sather Room Additions, License No. 20134065, OAH Docket No. 1-1005-129868-2 |
| | 41 | | | | Correspondence dated March 7, 2000, from Steven Weintraut to Blake Nelson. |
| | 42 | | | | Correspondence dated March 17, 2000 from Steven Weintraut to Blake Nelson. |
| | 43 | | | R | Check No. 11553 from Sather Co. Inc. Design Build. |
| | 44 | | | | Correspondence dated November 1, 2000 from Steven Weintraut to Blake Nelson |
| | 45 | | | | Correspondence dated November 1, 2000 from Steven Weintraut to the Honorable E. Anne McKinsey. |
| | 46 | | | | Correspondence dated November 1, 2000 from Steven Weintraut to Victoria Rico. |
| | 47 | | | | Correspondence dated November 16, 2000 from Blake Nelson to Steven Weintraut with proposed satisfaction of judgment. |
| | 48 | | | | Correspondence dated November 28, 2000 from Steven Weintraut to the Hennepin County Court Administrator. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 3 of 3 Pages

Dated: July 8, 2005

s/Thomas E. Propson

**THOMAS E. PROPSON** (#231046)
**JAMIE L. SATHER** (#323391)
**MEAGHER & GEER, P.L.L.P.**
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 338-0661

***Attorneys for Defendants***

1240774