Deft.'s Proposed Jury Instruction ① Civ. 01-1370 JNE/JGL

No Knowledge Imputed

As I've instructed you, the Fair Credit Reporting Act imposes liability where there is a "willful" violation -- and that "willful" acts are those done with knowledge and intent. Therefore, you will have to decide whether Mr. Weintraut ~~acted~~ violated the FCRA and, if so, whether he ~~acted with intent~~ did so knowingly and with intent. In doing so, you may only consider what he actually knew and intended. ~~and not~~ You may not consider what other employees of Siegel, Brill, Greupner, Duffy, and Foster may have known ~~knew~~ about the Fair Credit Reporting Act at the time of these events.

---

SCANNED
JUL 15 2005
DM
U.S. DISTRICT COURT ST. PAUL

Similarly, you may not, when considering SBDG+E's liability, consider what its employees may have known about the FCRA ~~unles~~ at the time of these events <u>Unless</u> you conclude that the evidence shows that those employees <u>actually</u> participated in comitting a violation of the FCRA.