RECEIVED
JUL 15 2005
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven A. Sather and Kathleen M. Sather,

Plaintiffs,

v.

Steven J. Weintraut and Siegel, Brill, Greupner, Duffy & Foster, P.A.,

Defendants.

Civ. No. 01-1370 (JNE/JGL)
SPECIAL VERDICT

1. On the claim of Plaintiffs against Defendants for violation of the Fair Credit Reporting Act, we find in favor of (check one):

☑ Plaintiffs Steven A. Sather and Kathleen M. Sather

☐ Defendants Steven J. Weintraut and Siegel, Brill, Greupner, Duffy & Foster, P.A.

2. On the claim of Plaintiffs against Defendants for *willful* violation of the Fair Credit Reporting Act, we find in favor of (check one):

☐ Plaintiffs Steven A. Sather and Kathleen M. Sather

☑ Defendants Steven J. Weintraut and Siegel, Brill, Greupner, Duffy & Foster, P.A.

If you find in favor of Plaintiffs in both Question Nos. 1 and 2, complete the following. If you find in favor of Defendants in Question Nos. 1 or 2, have your foreperson sign and date this form because you have completed your deliberations.

**Statutory damages.** We assess the statutory damages of Plaintiff Steven A. Sather to be $__________. We assess the statutory damages of Plaintiff Kathleen M. Sather to be $__________.

**Punitive damages.** We assess punitive damages in the amount of $__________ (stating the amount or, if none, write the word "none").

SCANNED
JUL 15 2005
DM
U.S. DISTRICT COURT ST. PAUL

**Special interrogatories.** If you find a willful violation in Question 2 above, please answer the following.

Did you find that the willful violation was by:

(a) obtaining the credit report? YES ________ NO ________

(b) using the credit report? YES ________ NO ________

If you answered "yes" to (b), was the violation by sending the credit report to:

(a) the Hennepin County District Court? YES ________ NO ________

(b) Judge McKinsey? YES ________ NO ________

(c) Linda and Keith Wanke? YES ________ NO ________

(d) the Minnesota Department of Commerce? YES ________ NO ________

(e) the Hellmuth & Johnson law firm? YES ________ NO ________

Dated: July 15, 2005

Gary C. Bowman [signature]
Foreperson