✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Steven A. and Kathleen M. Sather,

V.

Steven J. Weintraut and Siegel, Brill, Greupner, Duffy & Foster, P.A.,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1370 JNE/JGL

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Verdict returned for the Defendant.

July 18, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Rena L. Riemer
(By) Rena Lexvold Riemer, Deputy Clerk

s/Joan N. Ericksen

Joan N. Ericksen, United States District Judge